IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**REALTY MORTGAGE CORPORATION**             **PLAINTIFF**

**V.**             **CIVIL ACTION NO: 3:07-cv-332 HTW-LRA**

**GREAT AMERICAN ASSURANCE COMPANY**             **DEFENDANT**

## AGREED ORDER OF DISMISSAL

THIS CAUSE having come on this day to be heard on joint motion, <u>ore</u> <u>tenus</u>, of Plaintiff and Defendant herein, by and through their attorneys, to dismiss this civil action with prejudice and the Court being advised that all matters in dispute herein have been fully and finally compromised and settled, that the parties, by their attorneys, have consented to entry of an order of dismissal with prejudice, and being otherwise advised in the premises and being of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action, including all claims asserted and which could be asserted, be and same hereby is dismissed with prejudice.

ORDERED AND ADJUDGED, this the 27th day of August, 2007.

            s/ HENRY T. WINGATE
            CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

/s/ David K. Pharr
DAVID K. PHARR (MSB # 10736)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450

2

/104500.1

Jackson, Mississippi 39201
Telephone:	601.948.8000
Facsimile:	601.948.3000
Attorney for Defendant Great American Assurance Company

/s/ W. Jeffrey Collier  (w/permission)
W. Jeffrey Collier (MSB # ) (w/permission)
Latham & Burwell, PLLC
618 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
Telephone:	601.427.4472
Facsimile:	601.427.0189
Attorney for Plaintiff Realty Mortgage Corporation



Agreed Order of Dismissal
Civil Action No. 3:07-cv-332 HTW-LRA

4/104500.1